IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DANIEL LAPINA,**

    Plaintiff,

v.                                              No. 12-cv-1075 MV/LFG

**TRIPLE E CANADA, LTD,**
**TRIPLE E RECREATIONAL VEHICLES, LTD,**
**LEISURE TRAVEL VANS (1999) LTD,**

    Defendants.

**ORDER AMENDING DATE AND LOCATION OF SETTLEMENT CONFERENCE**

    THIS MATTER is before the Court sua sponte.  With the consent of parties, received via email on April 18, 2013, the Court's Order Setting Settlement Conference [Doc. 27] is **AMENDED** to reflect the following change only: the Settlement Conference has been rescheduled from May 7, 2013, to **May 6, 2013, at 9:30 a.m. in the Pecos Courtroom, third floor,** Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.  All other deadlines and settings remain unchanged.

    **IT IS SO ORDERED**.

                                                     _____
                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**